UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

D-1 KAMEL MOHAMMAD RAMMAL and

D-2 NASSIF SAMI DAHER,

                Defendants.
_____/

Honorable Nancy G. Edmunds

Case No. 18cr-20559

## NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States hereby provides notice to defendants Kamel Mohammad Rammal and Nassif Sami Daher and to the Court that, pursuant to Title 50, United States Code, Section 1806(c), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance conducted pursuant to

1

the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812.

        Respectfully submitted,

        MATTHEW SCHNEIDER
        United States Attorney


            /s/
        Craig Weier
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, Michigan 48226
        Phone: (313) 226-9100


            /s/
        Cathleen M. Corken
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        Phone: (313) 226-9100

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2018, I caused a copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

By:     /s/
Cathleen M. Corken
Assistant United States Attorney