PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **Nassif Daher**                    Docket No. 18-20559-02

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Michael Portelli, Pretrial Services Officer, presenting an official report on defendant Nassif Daher, who was placed under pretrial release supervision on a $10,000.00 unsecured bond by United States Magistrate Judge Elizabeth A. Stafford, sitting in the court at Detroit, Michigan, on August 16, 2018, under the following conditions:

1. Report as directed to Pretrial Services
2. Surrender any passport to Pretrial Services by August 17, 2018, at 3:00 PM
3. Do not obtain a passport or other international travel document
4. Travel restricted to the Eastern District of Michigan

      **Respectfully presenting petition for action of court and for cause as follows:**

On March 22, 2019, the defendant was arrested by the Dearborn Police Department for assault (see attached police report). On March 25, 2019, the defendant was charged in the 19th District Court (Dearborn, Michigan) with Misdemeanor Domestic Violence.

On March 25, 2019, the defendant was released from custody after posting bond. As a condition of release, the defendant is prohibited from having contact with the victim or returning to the defendant's residence. The defendant reported to Pretrial Services that he and the victim plan on continuing their romantic relationship once the no-contact order is lifted from the 19th District Court.

The defendant is scheduled to appear in the 19th District Court on May 3, 2019, for a Final Pretrial Conference.

According to the 19th District Court Prosecutor, the defendant is to complete five anger management classes before May 3, 2019, at which time the matter will be reviewed.

The defendant is scheduled to appear for jury trial before Your Honor on September 24, 2019.

On April 2, 2019, Pretrial Services contacted the Assistant United States Attorney, who had no objection to the proposed bond modification listed below. Pretrial Services attempted to notify defense counsel of this request, but at the time of this report, contact has not been returned.

**PRAYING THAT THE COURT WILL AMEND THE ORDER SETTING CONDITIONS OF RELEASE TO INCLUDE THE FOLLOWING BOND CONDITION: NO CONTACT**

WITH THE ALLEGED VICTIM IN THE PENDING DOMESTIC VIOLENCE CASE IN THE 19TH DISTRICT COURT (DEARBORN, MICHIGAN) AS LONG AS THE 19TH DISTRICT COURT CASE IS PENDING ADJUDICATION.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this 9 day of April, 2019 and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge<br>Nancy G. Edmunds | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on April 3, 2019<br><br>_____<br>Michael Portelli<br>U.S. Pretrial Services Officer<br><br>Place: Detroit, Michigan<br>Date: April 3, 2019 |