# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

                          Case No. 18-20559

v.

                          Honorable Nancy G. Edmunds

D-2 NASSIF SAMI DAHER,

        Defendant.

_____

## NOTICE OF FILING DECLARATION AND CLAIM OF PRIVILEGE
## OF THE ATTORNEY GENERAL OF THE UNITED STATES

The United States of America, through undersigned counsel, respectfully submits for filing the attached Declaration and Claim of Privilege of the Attorney General of the United States, which is referenced in the Government's Unclassified Memorandum in Opposition to Defendant's Motion to Discover Evidence Secured Pursuant to the Foreign Intelligence Surveillance Act of 1978, as Amended by 50

U.S.C. §§ 1801-1812, and which was inadvertently omitted from the government's filing on June 5, 2019.

                              Respectfully submitted,

                              MATTHEW SCHNEIDER
                              United States Attorney

| s/Craig A. Weier (P33261) | s/Cathleen Corken |
|---|---|
| Assistant U.S. Attorney | Assistant United States Attorney |
| 211 W. Fort Street, Suite 2001 | Chief, National Security Unit |
| Detroit, Michigan 48226 | 211 W. Fort Street, Suite 2001 |
| Phone: (313) 226-9678 | Detroit, Michigan 48226 |
| E-Mail: craig.weier@usdoj.gov | Phone: (313) 226-0206 |
| | E-Mail: cathleen.corken@usdoj.gov |

Dated:  June 6, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 6, 2019, I electronically filed the foregoing document using the ECF system, which will send notification of filing to the counsel of record.

                                       s/Cathleen M. Corken
                                       Assistant U.S. Attorney