UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

D-1 NASSIF SAMI DAHER,

           Defendant.
_____/

Honorable Nancy G. Edmunds

Case No.  18-cr-20559

Violation/Offense:
Ct. 1: 18 U.S.C. § 4:
Misprision of Felony

## SUPERSEDING INFORMATION

The United States Attorney Charges that:

**COUNT ONE:**
**MISPRISION OF FELONY**
**(18 U.S.C. § 4)**

On or about June 1, 2017, in the Eastern District of Michigan, the defendant, NASSIF SAMI DAHER, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, wire fraud as charged in Counts 1 to 14 of this case, did conceal the same by knowingly lying about the facts of the wire fraud to a special agent of the United States Department of Agriculture, Office of Inspector General, and did not as soon as possible make

known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

          Respectfully submitted,

          SAIMA S. MOHSIN
          Acting United States Attorney

          s/Douglas Salzenstein (P59288)
          Assistant U.S. Attorney
          211 W. Fort Street, Suite 2001
          Detroit, MI 48226-3220
          (313) 226-9196

          s/Michael Martin
          Assistant United States Attorney
          Chief, National Security Unit

Dated:  September 3, 2021